IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY EDWARD HOLZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-675-SLP |
| | ) |
| MELISSA GODBOLD, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Chris Stephens entered July 15, 2025. [Doc. No. 6]. The R&R recommends denial of Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") [Doc. No. 2] for failure to cure the deficiencies as instructed by the Magistrate Judge. *See* R&R [Doc. No. 6] at 2–3. The R&R further recommends that if Plaintiff does not pay the $405.00 filing fee in full to the Clerk of Court within 21 days of this Order, that this action be dismissed without prejudice to refiling. *Id.* at 3.

The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed any objections be filed on or before August 5, 2025. *Id*. Plaintiff was further advised that any failure to object would waive Plaintiff's right to appellate review of the factual and legal issues addressed in the R&R. *Id*. Plaintiff has neither filed an objection nor sought an extension of time in which to do so. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d

1120, 1123 (10th Cir. 2010).  Upon review, the Court fully concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 13] is ADOPTED in its entirety, and Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is DENIED.

IT IS FURTHER ORDERED that Plaintiff shall pay the $405.00 filing fee in full to the Clerk of Court on or before August 27, 2025.  Plaintiff is advised that if he fails to timely pay this filing fee, this action shall be dismissed without prejudice.

IT IS SO ORDERED this 6th day of August, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE